## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

(1) LEE ANTHONY FISHER,
(2) CURTIS BRENT CARICO,

     Defendants.

CR 20-132 ECT/LIB

**INDICTMENT**

18 U.S.C. § 1791(a)(1)
18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1791(b)(2)
18 U.S.C. § 1791(c)
18 U.S.C. § 1791(d)(1)(A)

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1
### (Providing Contraband in Prison)

On or about January 24, 2020, in the State and District of Minnesota, the defendant,

**LEE ANTHONY FISHER,**

did knowingly, intentionally, and unlawfully provide and attempt to provide a prohibited object, specifically, a synthetic cannabinoid, a Schedule I controlled substance, to Curtis Brent Carico, an inmate at the Federal Correctional Institution in Sandstone, Minnesota, all in violation of Title 18, United States Code, Sections 1791(a)(1), 1791(b)(2), and 1791(d)(1)(A).

### COUNT 2
### (Attempting To Obtain Contraband in Prison)

On or about January 24, 2020, in the State and District of Minnesota, the defendant,

**CURTIS BRENT CARICO,**



SCANNED
JUL 0 8 2020
U.S. DISTRICT COURT MPLS

an inmate at the Federal Correctional Institution in Sandstone, Minnesota, did knowingly, intentionally, and unlawfully attempt to obtain a prohibited object, specifically, a synthetic cannabinoid, a Schedule I controlled substance, all in violation of Title 18, United States Code, Sections 1791(a)(2), 1791(b)(2), 1791(c), and 1791(d)(1)(A).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON